**Andrew Lionel SMITH, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–Appellee.**

No. 01–6838.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 10, 2001.

Decided Sept. 27, 2001.

Andrew Lionel Smith, pro se.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Andrew Lionel Smith appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Smith v. Angelone,* No. CA–01–613–AM (E.D.Va. May 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*